HARRIS *v.* COBB and Others.—In error.

THE STATE
v.
WILLIAMS.

DECREES in chancery for money were repleviable under the act of 1840. Stat. 1840, p. 49. They may also be replevied under the act of 1843. R. S. 1843, p. 846.